EXECUTIVE SECURITIES CORPORATION v. JOHN E. BERTOLI.

September 24, 1984.

Petition for certification denied.

DANIEL COOPER v. CITY OF EAST ORANGE, DEPARTMENT OF LICENSING AND INSPECTIONS.

September 24, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM M. FERGUSON.

September 24, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. FREDDIE SUAREZ.

September 24, 1984.

Petition for certification denied.